# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

**Chapter 7 Case**

In re:
Delise A. Dobard,                                              Bky. No. 05-11134
          Debtor(s)

## AGREEMENT TO REAFFIRM DEBT

1.   On the date this case was filed, the Debtor was indebted to Wells Fargo Financial Acceptance ("Creditor") based upon a Note dated July 3, 2004.

2.   The Debtor's debt to Creditor is secured by the following: motor vehicle(s) 2001 Lexus GS300 VIN# JT8BD69S110125352.

3.   The Debtor agrees to pay Creditor the sum of $27,486.50 with interest thereon at the rate of 10.00% per annum computed from February 21, 2005 as follows:
   [x]   payment of $575.00 on April 15, 2005, and
   [ ]   payment of $_____ on _____, and
   [x]   in monthly installments of $575.00 commencing on May 15, 2005 and
         continuing on the same day of each succeeding month.

4.   This Agreement incorporates all the terms and conditions of the documents evidencing the above described indebtedness and providing for security for the indebtedness, except as otherwise specifically stated in this Agreement.

5.   **THIS AGREEMENT IS NOT REQUIRED UNDER THE BANKRUPTCY CODE, UNDER NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH SUBSECTION 524(c) OF THE BANKRUPTCY CODE.**

NOTICE TO THE DEBTOR(S):  THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY DAYS AFTER THIS AGREEMENT IS FILED WITH COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE TO WELLS FARGO FINANCIAL ACCEPTANCE

Dated ___3/31/05___                    _____
                                        Debtor

Dated _____                  _____
                                        Debtor

## DECLARATION OF ATTORNEY FOR DEBTOR(S)

The undersigned states as follows:  I am the attorney who has represented the Debtor(s) during the course of negotiating the above Agreement.  This Agreement represents a fully informed and voluntary agreement by Debtor(s), and does not impose any undue hardship on the Debtor(s) or a dependent of the Debtor(s).  I have fully advised the Debtor(s) of the legal effect and consequences an agreement of the kind specified in Section 524(c) of the Bankruptcy Code and any default under such agreement.

Dated ___3/29/05___                    _____
                                        Attorney for Debtor(s)

Dated ___4/4/05___                     WELLS FARGO FINANCIAL ACCEPTANCE

                                        By _____
                                           Darin Wyant
                                           3101 West 69th Street
                                           Edina, MN  55435
                                           (952) 920-9270

                                                                    3/24/2005